THE STATE, EX REL. ALBRIGHT, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO; MATLACK, INC., APPELLANT.

[Cite as *State, ex rel. Albright, v. Indus.
Comm.* (1992), 63 Ohio St.3d 739.]

(No. 90–2522—Submitted February 11, 1992—Decided June 3, 1992.)

_____

*Gallon, Kalniz & Iorio Co., L.P.A.,* and *Theodore A. Bowman,* for appel-
lee.

*Schottenstein, Zox & Dunn Co., L.P.A., Robert D. Weisman* and *Corey V. Crognale,* for appellant.

---

*Per Curiam.* The court of appeals correctly found that the commission's boilerplate recitation of nonmedical disability factors was insufficient. See *State, ex rel. Noll, v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245. Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.